Judge Berman

07 CV 6188

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE UNITE HERE NATIONAL HEALTH FUND; TRUSTEES OF THE UNITE HERE NATIONAL RETIREMENT FUND; AND TRUSTEES OF THE LUGGAGE WORKERS UNION RETIREMENT FUND,

                Plaintiffs,

-against-

BAG SPECIALIST, INC.,

                Defendant.

NO. _____

RECEIVED JUL 0 3 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for <u>Trustees of The UNITE HERE National Health Fund; Trustees of The UNITE HERE National Retirement Fund; and Trustees of The Luggage Workers Union Retirement Fund,</u> certifies that other than the ALICO Services Corp., a holding company system, Trustees of The UNITE HERE National Health Fund; Trustees of The UNITE HERE National Retirement Fund; and Trustees of The Luggage Workers Union Retirement Fund, has no corporate parents, subsidiaries or affiliates.

June 27, 2007
Date

Mark Schwartz, Esq. MS-0148