UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Trustees of The Unite Here National
Health Fund; Trustees of The Unite Here National
Retirement Fund; and Trustees of The Luggage
Workers Union Retirement Fund,
        Plaintiff(s),
  -against-
BAG SPECIALIST, INC.,
        Defendant(s).
-------------------------------------------------------------X

Index No. 07 CV 6188
JUDGE BERMAN
AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 11th day of July 2007, at approximately 2:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Bag Specialist, Inc. at 900 Passaic Avenue, Building 53, 5th Floor, East Newark, NJ 07029, by personally delivering and leaving the same with Al Wartel, Sales Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Al Wartel is a white male, approximately 67 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 210 pounds with wavy black hair and dark eyes wearing glasses.

TIMOTHY M. BOTTI #843358

Sworn to before me this
13th day of July, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___08