UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE UNITE HERE NATIONAL HEALTH FUND; TRUSTEES OF THE UNITE HERE NATIONAL RETIREMENT FUND; and TRUSTEES OF THE LUGGAGE WORKERS UNION RETIREMENT FUND,

        Plaintiffs,

-against-

BAG SPECIALIST, INC.,

        Defendant.

AFFIDAVIT OF SERVICE

**07 Civ. 6188 (RMB) (MHD)**

---

STATE OF NEW YORK   )
                                ) ss.
COUNTY OF NEW YORK  )

Evelyn Soto, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

    2.    On July 17, 2007 I served the Respondent herein with a copy of the initial pre-trial conference by causing a true copy of said Motion papers to be addressed to the Defendant at 900 Passaic Avenue, Building 53 – 5th Floor, East Newark, New Jersey 07029 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 6719 and regular mail.

                                                                          Evelyn Soto

Sworn to, before me, this
17th day of July 2007

ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires July 31, 2009