**TRUSTEES OF UNITE HERE NATIONAL HEALTH FUND, ET AL.**
*Plaintiff*

vs.

**BAG SPECIALIST, INC.**
*Defendant*

United States District Court
Southern District of New York
Docket / Index # 07 Civ. 6188 (RMB)

## AFFIDAVIT OF SERVICE

**Person to be served:**
Bag Specialist, Inc. at: Bag Specialist, Inc., c/o Secretary of State of New Jersey, 225 W. State Street, Trenton, NJ 08625

**Attorney:**
Mark Schwartz, Esq.
730 Broadway
New York, NY 10003

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Plaintiff's First Amended Complaint, Affidavit of Attempted Service, $25.00 Filing Fee

**Service Data:**
Served Successfully __X__   Not Served _____

**Date:** August 27, 2007   **Time:** 9:10 AM

**Attempts: 1**

_____  Delivered a copy to him / her personally

_____  Left a copy with a competent household member over 14 years of age residing therein.

__X__  Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Gloria Branch, Managing Agent

**Description of Person Accepting Service:**
Sex: **Female**  Age: **40**  Height: **5' 6"**  Weight: **140-150 lbs**  Skin Color: **Black**  Hair Color: **Black**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
28th day of August, 2007

_____
J. Michael Pagan, Notary Public of New Jersey
My Commission Expires April 14, 2010

I, **John Rizer**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 8/28/2007
John Rizer, Process Server

**Demovsky Lawyer Service**, 401 Broadway Suite 510, New York, NY 10013
Phone:

Job #39400
Affidavit of Service (9/30/02)