**△ UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

*UNITE HERE Fund Administrators, Inc.*

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

September 26, 2007

**MEMO ENDORSED**

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Stamp: RECEIVED SEP 26 2007 CHAMBERS OF RICHARD M. BERMAN USDJ]*

*[Handwritten: Conference Adjourned to 10/31/07 @ 9:15 AM]*

*SO ORDERED:*
*Date: 9/27/07  Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

Re:  Trustees of the UNITE HERE National Health ~~Fund~~
     - v. - Bag Specialist, Inc. - 07 Civ. 6188 (RMB)

Dear Judge Berman:

We represent the plaintiffs in the above-referenced action to collect delinquent contributions pursuant to Section 515 of ERISA. For the following reasons, we are writing to respectfully request a brief adjournment of the initial pretrial conference scheduled for Friday, September 28, 2007 at 9:15 A.M. This is the second such adjournment request.

The action was commenced on July 3, 2007, and the summons and complaint was served on defendant on July 11, 2007. Plaintiffs served their first amended complaint on defendant on August 27, 2007. To date, defendant has not filed an answer, moved or otherwise responded to the summons and complaint or the amended complaint.

We have been advised that defendant has ceased business operations and anticipate that defendant will not appear in the action. As defendant has ceased operations, plaintiffs find it necessary to amend the complaint to reflect the amount of delinquent contributions up to the date of defendant's ceasing business operations so as to include all monies due in the instant action.


515

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 09/27/2007]*

Honorable Richard M. Berman
September 26, 2007
Page 2

    Given that plaintiffs will require additional time to prepare and serve the second amended complaint, and defendant's failure to appear in the action, plaintiffs respectfully request that the Court adjourn the conference for thirty (30) days.

    The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc:    Bag Specialist, Inc.