UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND; TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND;
and TRUSTEES OF THE LUGGAGE WORKERS
UNION RETIREMENT FUND,
        Plaintiff(s),
   -against-
BAG SPECIALIST, INC.,
        Defendant(s).
--------------------------------------------------------X

Index No. 07 CIV. 6188(RMB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     S.S.:
COUNTY OF NEW YORK)

       TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 17th day of October 2007, at approximately 2:40 pm, deponent served a true copy of the **PLAINTIFFS' SECOND AMENDED COMPLAINT** upon Mr. Harvey Stahl at 26 Wedgewood Drive, West Orange, NJ 07052, by personally delivering and leaving the same with Harvey Stahl at that address. At the time of service, deponent asked Harvey Stahl whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Harvey Stahl is a white male, approximately 68 years of age, stands approximately 6 feet 2 inches tall and weighs approximately 200 pounds with wavy gray hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
19th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08