**TRUSTEES OF UNITE HERE NATIONAL HEALTH FUND, ET AL**
*Plaintiff*
vs.

**BAG SPECIALIST, INC.**
*Defendant*

United States District Court
Southern District of New York
Docket / Index # 07 Civ. 6188 (RMB)

**Person to be served:**
Bag Specialist, Inc. **at:** Bag Specialist, Inc., c/o Secretary of State of New Jersey, 225 W. State Street, Trenton, NJ 08625

## AFFIDAVIT OF SERVICE

**Attorney:** Mark Schwartz, Esq.,
730 Broadway - 10th Floor
New York, NY 10003

**Papers Served:**
Order to Show Cause for Entry of Default Judgment, Statement of Damages, Default Judgment, Affidavit in Support of Award of Costs, Affidavit in Support of Application for Order to Show Cause for Entry of Default Judgment, Clerk's Certificate Exhibits A through G, $25.00 filing Fee, Affidavit of Attempted Service

**Service Data:**
Served Successfully __X__    Not Served _____

**Date:** November 8, 2007    **Time:** 11:25 AM

**Attempts: 1**

_____    Delivered a copy to him / her personally

_____    Left a copy with a competent household member over 14 years of age residing therein.

__X__    Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Terri Mason, Managing Agent

**Description of Person Accepting Service:**
Sex: **Female**  Age: **25-30**  Height: **5' 6"**  Weight: **130-140 lbs**  Skin Color: **Black**  Hair Color: **Black**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
9th day of November, 2007

_____
J. Michael Pagan, Notary Public of New Jersey
My Commission Expires April 14, 2010

I, **Robert Sydorko**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 11/9/2007
Robert Sydorko, Process Server

**Demovsky Lawyer Service**, 401 Broadway Suite 510, New York, NY 10013
Phone:

Job #41078
Affidavit of Service (9/30/02)