

△ **UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

**MEMO ENDORSED**

UNITE HERE Fund Administrators, Inc.
730 Broadway
New York, NY 10003-9511
212-539-5000
Fax: 212-387-0710



November 12, 2007  Mail Service approved plus "Nail" by affixing a copy on the door of 26 Wedgewood Drive (plus affidavit) by 11/15/07.

SO ORDERED:
Date: 11/13/07
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Trustees of the UNITE HERE National Health Fund, et al.
- v. - Bag Specialist, Inc. - 07 Civ. 6188 (RMB)

Dear Judge Berman:

We represent the plaintiffs in the above-referenced action to collect delinquent contributions pursuant to Section 515 of ERISA. As requested by the Court on November 9, 2007, we are writing to supplement plaintiffs' application for an extension of time to effect service and a modification of the method of service of the October 31, 2007 Order to Show Cause for Entry of Default Judgment ("the Order").

As an initial matter, on November 8, 2007, plaintiffs' process server served a copy of the Order and supporting documents on defendant by personal service on the New Jersey Secretary of State as permitted under New Jersey Statutes. A copy of the Affidavit of Service on the New Jersey Secretary of State is enclosed.

Plaintiffs discovered that Harvey Stahl is the president of defendant through records submitted to plaintiffs by defendant in the ordinary course of defendant's business. Plaintiffs confirmed Mr. Stahl's position as president of defendant through records on file with the New Jersey Secretary of State Corporate and Business Information Reporting Service. A copy of the New Jersey Secretary of State report is enclosed. The New Jersey Secretary of State report identifies defendant's business address as 900 Passaic Avenue, Harrison, New Jersey, which is known to plaintiffs as the correct address for defendant.

Because defendant has ceased operations and abandoned the 900 Passaic Avenue premises, plaintiffs investigated to determine Mr. Stahl's home address. By performing a combined search using Mr. Stahl's name and the 900 Passaic Avenue address in the ChoicePoint AutoTrackXP databases, a commercial skip tracing service, plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-07

>Honorable Richard M. Berman
>November 12, 2007
>Page 2

determined that Mr. Stahl's current home address is 26 Wedgewood Drive, West Orange, New Jersey 07052. Enclosed is a copy of the ChoicePoint AutotrackXP report. Additionally, plaintiffs had previously personally served Mr. Stahl with the Second Amended Complaint in this action at the Wedgwood Drive, West Orange address.

    Given the foregoing, plaintiffs respectfully request the Court's permission for an extension of time to November 15, 2007 to serve a copy of the Order and the supporting affidavit on defendant by service on Harvey Stahl, defendant's president, by overnight mail and first class mail, postage prepaid, addressed to Mr. Stahl at his residence.

    The Court's considerations are appreciated.

>Respectfully submitted,
>
>David C. Sapp (DS5781)

Enclosures
Cc(w/enclosures):    Bag Specialist, Inc.
                          Mr. Harvey Stahl