

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND; TRUSTEES OF THE UNITE HERE
NATIONAL RETIREMENT FUND; and TRUSTEES
OF THE LUGGAGE WORKERS UNION RETIREMENT
FUND,
        Plaintiff(s),
  -against-
BAG SPECIALIST, INC.,
        Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK   )
                   S.S.:
COUNTY OF NEW YORK)

Index No. 07 CIV. 6188 (RMB)

AFFIDAVIT OF SERVICE

       TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

       That on the 14th day of November 2007, at approximately 2:55 p.m., deponent attempted to serve a true copy of the **ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT** upon Bag Specialist, Inc. c/o Harvey Stahl, President at 26 Wedgewood Drive, West Orange, NJ 07052. No answer was received when deponent rang bell and knocked on the door.

       That on the 14th day of November 2007, at approximately 9:20 p.m., deponent again attempted to serve a true copy of the **ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT** upon Bag Specialist, Inc. c/o Harvey Stahl, President at 26 Wedgewood Drive, West Orange, NJ 07052, again no answer was received when deponent rang bell and knocked on the door. There was single light on in the house.

       That on the 15th day of November 2007, at approximately 8:30 a.m., deponent again attempted to serve a true copy of the **ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT** upon Bag Specialist, Inc. c/o Harvey Stahl, President at 26 Wedgewood Drive, West Orange, NJ 07052, again no answer was received when deponent rang bell and knocked on the door.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

That on the 15th day of November 2007, at approximately 7:50 p.m., deponent again attempted to serve a true copy of the **ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT** upon Bag Specialist, Inc. c/o Harvey Stahl, President at 26 Wedgewood Drive, West Orange, NJ 07052, again no answer was received when deponent rang bell and knocked on the door.

At that time, therefore, deponent served a true copy of the foregoing papers upon Bag Specialist, Inc. by firmly affixing same conspicuously on the solid wooden front door house at that address.

That on the 15th day of November 2007, deponent served another copy of the foregoing upon Bag Specialist, Inc. c/o Harvey Stahl, President at 26 Wedgewood Drive, West Orange, NJ 07052, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
16th day of November, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com