UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND, et al.

                Plaintiffs,

    -against-                                      07 CIVIL 6188 (RMB)(MHD)

BAG SPECIALISTS, INC.,

                Defendant.
-------------------------------------------------------------------x

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | \_\_\_\_\_ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| \_\_\_\_\_ | Specific Non-Dispositive Motion/Dispute:* _____ | \_\_\_\_\_ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Habeas Corpus |
| | | \_\_\_\_\_ | Social Security |
| \_\_\_\_\_ | Settlement* | \_\_\_\_\_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| \_X\_ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All Such Motions: \_\_\_\_\_ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       November 20, 2007

                                                        _____
                                                         **RICHARD M. BERMAN**
                                                             U.S.D.J.