```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
TRUSTEES OF THE UNITE HERE        :
NATIONAL HEALTH FUND, et al.,
                                  :
          Plaintiffs,                      ORDER
                                  :
     -against-                             07 Civ. 6188 (RMB)(MHD)
                                  :
BAG SPECIALIST, INC.              :

          Defendant.              :
----------------------------------x
```

MICHAEL H. DOLINGER,
UNITED STATES MAGISTRATE JUDGE:


It is hereby

ORDERED that an pre-inquest conference has been scheduled in the above-captioned action on **THURSDAY, DECEMBER 13, 2007 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing.


**Dated: New York, New York**
      **November 28, 2007**

1

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


A copy of the foregoing Order has been mailed today to:

Mark Schwartz, Esq.
David Sapp, Esq.
Amalgamated Life Insurance Co. Inc.
730 Broadway
New York, NY 10038

Bag Specialist, Inc.
900 Passaic Avenue, Building 53
5th Floor
Newark, NJ 07029