UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

TRUSTEES OF THE UNITE HERE : 
NATIONAL HEALTH FUND, et al.,
 :
        Plaintiffs,
 :      **ORDER**

    -against-                :      07 Civ. 6188 (RMB)(MHD)

 :
BAG SPECIALIST, INC. :

        Defendant. :
------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A conference having been held with plaintiff' counsel today,

    It is hereby **ORDERED** as follows:

1.   Plaintiffs are to serve and file their affidavits and memo of law in support of their application for damages by no later than **FRIDAY, JANUARY 11, 2008**.

2.   Defendant is to serve and file its response, if any, by no later than **FRIDAY, JANUARY 25, 2008**.

3.   Plaintiffs are to serve and file their reply, if any, by no later than **FRIDAY, FEBRUARY 1, 2008**.

**DATED:**  New York, New York
       December 13, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed this date to:

Mark Schwartz, Esq.
David Sapp, Esq.
Amalgamated Life Insurance Co. Inc.
730 Broadway
New York, NY 10038

Bag Specialist, Inc.
900 Passaic Avenue, Building 53
5th Floor
Newark, NJ 07029