# △ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*



*UNITE HERE Fund Administrators, Inc.*
730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

January 11, 2008



JAN 11 2008

### VIA FACSIMILE (212) 805-7928

Honorable Michael H. Dolinger
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Trustees of the UNITE HERE National Health Fund, et al.
- v. - Bag Specialist, Inc. - 07 Civ. 6188 (RMB)

Dear Judge Dolinger:

We represent the plaintiffs in the above-referenced action to collect delinquent contributions pursuant to Section 515 of ERISA. We are writing to request an extension of time to submit documents in support of plaintiffs' application for damages. We make this request for the following reasons.

On December 13, 2007 the Court issued its Order, which directed that plaintiffs submit documents in support of their application for damages on or before January 11, 2008, with defendant's response on January 25, 2008, and plaintiffs' reply on February 1, 2008. Subsequent to the issuance of the Court's December 13 order, the auditor responsible for the calculations of the contributions due from defendant became ill and is now absent on disability leave. Plaintiffs' counsel assigned another auditor to the matter, who will require additional time to complete the calculations underlying the request for damages.

Given the foregoing, plaintiffs respectfully request the Court's permission for an extension of time to February 1, 2008 for submission of documents in support of plaintiffs' application for damages, with defendant's opposition papers, if any, due on February 15, 2008, and plaintiffs' reply due on February 22, 2008.

ENDORSED
ORDER

Application granted

[signature] USMJ
1/11/08

Honorable Michael H. Dolinger
January 11, 2008
Page 2

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc: Bag Specialist, Inc.
Mr. Harvey Stahl