

**UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

February 1, 2008

**VIA FACSIMILE (212) 805-7928**

Honorable Michael H. Dolinger
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

2/4/08

Re: Trustees of the UNITE HERE National Health Fund, et al.
- v. - Bag Specialist, Inc. - 07 Civ. 6188 (RMB)

Dear Judge Dolinger:

We represent the plaintiffs in the above-referenced action to collect delinquent contributions pursuant to Section 515 of ERISA. We are writing to request an extension of time until Monday, February 4, 2008, in which to serve and file documents in support of plaintiffs' application for damages. We make this request for the following reasons.

Plaintiffs' documents are due today, February 1, 2008. Due to an inadvertent problem with our scanner, we are unable to electronically file the documents with the Court's ECF System. We anticipate having the scanner problem resolved on Monday, February 4, 2008, and will be able to file the documents on that date.

Given the foregoing, plaintiffs respectfully request the Court's permission for a brief extension of time to February 4, 2008 for submission of documents in support of plaintiffs' application for damages.

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc: Bag Specialist, Inc.
Mr. Harvey Stahl

ENDORSED ORDER
Application granted.

MHD/csw
2/4/08