UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE UNITE HERE
NATIONAL HEALT FUND; TRUSTEES OF
THE UNITE HERE NATIONAL
RETIREMENT FUND; and TRUSTEES OF THE
LUGGAGE WORKERS UNION
RETIREMENT FUND,
                                  Plaintiffs,

-against-

BAG SPECIALIST, INC.,
                                  Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 06188 (RMB) (MHD)**

STATE OF NEW YORK   )
                              ) ss
COUNTY OF NEW YORK  )

Sabrina Brooks, being duly sworn, deposes and says:

      1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

      2.    On February 4, 2008, I served the Defendant herein with a copy of the Declaration of David C. Sapp in Support of Application for an Award of Damages, Interest, Liquidated Damages and Costs and the exhibits annexed thereto by causing a true copy of said papers addressed to Harvey Stahl, President of Defendant, at 26 Wedgewood Drive, West Orange, New Jersey 07052, to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 5046 and regular mail.

                                                                _____
                                                                Sabrina Brooks

Sworn to before me this 4th day of February 2008.

_____
MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011