```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TRUSTEES OF THE UNITE HERE NATIONAL  :
HEALTH FUND; TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND; and   :
TRUSTEES OF THE LUGGAGE WORKERS
UNION RETIREMENT FUND,               :

                    Plaintiffs,      :        ORDER

                                     :    07 Civ. 6188 (RMB)(MHD)
          -against-
                                     :
BAG SPECIALIST, INC.
                                     :
                    Defendants.
------------------------------------
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** as follows:

In light of apparent inconsistencies in plaintiffs' representation about the amount of damages and an absence of a clear explanation of how the amounts were derived, plaintiffs are to file a declaration by an individual with personal knowledge explaining in detail their method of calculating damages, interest, liquidated damages and costs with regard to the Unite Here National Health Fund, Unite Here National Retirement Fund and Luggage Workers Union Retirement Fund.

Dated: New York, New York
       May 30, ~~2006~~ 2008

1

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed today to:

David Sapp, Esq.
Unite Here National Health Fund, Unite Here National Retirement
Fund and Luggage Workers Union Retirement Fund
730 Broadway - 9th Floor
New York, NY 10003

Bag Specialist, Inc.
900 Passaic Avenue, Building 53
5th Floor
Newark, NJ 07029