UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TRUSTEES OF THE UNITE HERE NATIONAL  :
HEALTH FUND; TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND; and   :
TRUSTEES OF THE LUGGAGE WORKERS
UNION RETIREMENT FUND,               :

                    Plaintiffs,: <u>ORDER</u>

                              : 07 Civ. 6188 (RMB)(MHD)
    -against-
                              :
BAG SPECIALIST, INC.
                              :
                    Defendants.
------------------------------------
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** as follows:

    In an order dated May 30, 2008, we requested that plaintiffs submit a declaration clarifying their calculation of damages. We direct that this be done by no later than June 13, 2008.

**Dated: New York, New York**
      **June 6, 2008**

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

1

Copies of the foregoing Order have been mailed today to:

David Sapp, Esq.
Unite Here National Health Fund, Unite Here National Retirement
Fund and Luggage Workers Union Retirement Fund
730 Broadway - 9th Floor
New York, NY 10003

Bag Specialist, Inc.
900 Passaic Avenue, Building 53
5th Floor
Newark, NJ 07029