UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND;
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND; and
TRUSTEES OF THE
LUGGAGE WORKERS UNION RETIREMENT FUND,
Plaintiffs,

against

BAG SPECIALIST, INC.,
Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6188 (RMB) (MHD)**

---

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On July 7, 2008 I served the Defendant herein with a copy of the Declaration of Floyd Zaremba in Support of Application for an Award of Damages, Interest, Liquidated Damages and Costs and the exhibits annexed thereto by causing a true copy of said papers addressed to Harvey Stahl, President of Defendant, at 26 Wedgewood Drive, West Orange, New Jersey 07052 to be delivered to the United States Postal Service at a Post Office within the State of New York for mailing by first class mail, postage prepaid.

_____
Michele Reid

Sworn to, before me, this
7th day of July 2008.

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010